# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | SACV14-589-CAS(FFMx); SACV14-766-CAS(FFMx); and SACV14-778-CAS(FFMx) | Date | August 25, 2014 |
|---|---|---|---|
| Title | *R.S.; ET AL. v. CITY OF SANTA ANA; ET AL.*; *TIFFANY NUNLEY v. CITY OF SANTA ANA; ET AL.*; AND *TRAVIS MOCK v. CITY OF SANTA ANA; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Catherine M. Jeang | Laura Elias |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| John Fattahi<br>Federico Sayre | Jill Williams |

**Proceedings:**      MOTION TO CONSOLIDATE CASES SACV14-589-CAS(FFMx)[17]; SACV14-766-CAS(FFMx)[18], AND SACV14-778-CAS(FFMx)[20] FOR ALL PURPOSES (Filed 07/14/14)

MOTION TO STAY CASE PENDING RESOLUTION OF RELATED CRIMINAL CHARGES AGAINST TRAVIS MOCK [SACV14-589-CAS(FFMx)[24]; SACV14-766-CAS(FFMx)[22], AND SACV14-778-CAS(FFMx)[22]] (Filed 07/28/14)

    Hearing held and counsel are present. The Court provides a Tentative Order. The Court confers with counsel and counsel argue. The Court grants the consolidation of the above-referenced action. The Court grants the motions to stay the case for approximately 120 days. Counsel shall submit a Joint Status Report re: the Mock criminal trial, as stated in Court and on the record, on or before September 8, 2014. Upon receipt of the Joint Status Report, the Court will issue a formal order on the above-referenced motions.

    The Court vacates the September 15, 2014 Scheduling Conference in case no. SACV14-766-CAS(FFMx), Tiffany Nunley v. City of Santa Ana; et al. Furthermore, the Court sets a Status Conference re: Stay and Scheduling Conference on **January 12, 2015** at **11:00 A.M.** Counsel shall file a Joint Report on or before January 5, 2015.

|  | 00 | : | 02 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |